IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK R. SUMAHIT,

    Plaintiff,                  No. CIV S-03-2605 FCD KJM P

    vs.

CLAY PARKER, et al.,

    Defendants.          <u>ORDER</u>

                             /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed under 42 U.S.C. § 1983.  By order filed August 5, 2004, plaintiff's complaint was dismissed with leave to file an amended complaint.  Plaintiff has now filed an amended complaint.  In addition, on December 27, 2004, plaintiff filed a second motion to proceed in forma pauperis.

        The amended complaint states a cognizable claim for relief under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 27, 2004 request to proceed in forma pauperis is denied as moot; plaintiff was granted that status on August 5, 2004.

/////

1

2. Service is appropriate for the following defendants: Parker and Tehama County Board of Supervisors; defendants are not required to answer plaintiff's claims that the challenged policies violate the ex post facto and double jeopardy clauses of the United States Constitution.

3. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed April 1, 2005.

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Three copies of the endorsed amended complaint filed April 1, 2005.

5. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants under Federal Rule of Civil Procedure 4 without payment of costs.

DATED: November 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
suma2605.1amd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK R. SUMAHIT,

     Plaintiff,                        No. CIV S-03-2605 FCD KJM P

    vs.

CLAY PARKER,                          <u>NOTICE OF SUBMISSION</u>

     Defendants.                     <u>OF DOCUMENTS</u>

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____ completed summons form

     _____ completed USM-285 forms

     _____ copies of the _____
                                    Amended Complaint

DATED:

                                      _____
                                      Plaintiff