IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK R. SUMAHIT,

    Plaintiff,                    No. CIV S-03-2605 FCD KJM P

   vs.

CLAY PARKER, et al.,

    Defendant.                 <u>ORDER</u>

_____/

        Plaintiff, a civilly committed resident of Atascadero State Hospital, has filed a motion for reimbursement of the initial, partial filing fee imposed by this court under the Prison Litigation Reform Act, 42 U.S.C. § 1997e (h) and the statutes authorizing the collection of such fees from prisoners. 28 U.S.C. § 1915 (a) (2), (h). His request is well taken. <u>Page v. Torrey</u>, 201 F.3d 1136, 1140 (9th Cir. 2000). Accordingly, although plaintiff qualified to proceed in forma pauperis, he is not required to pay the filing fee in installments. 28 U.S.C. § 1915 (a)(3).

        Accordingly, IT IS ORDERED that:

        1. Plaintiff's request to proceed in forma pauperis is reaffirmed;

        2. Plaintiff is not required to pay the filing fee either as a condition precedent to proceeding or in installments;

//////

1

3. The Financial Department is directed to refund all fees taken from plaintiff's hospital trust account in connection with this action;

4. The Director of the California Department of Corrections or a designee shall cease collecting monthly payments from plaintiff's trust account in connection with this action;

5. The Clerk of the Court is directed to serve a copy of this order on Director, California Department of Corrections, 1515 S Street, Sacramento, California 95814; and

6. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: December 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
suma2605.$