IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK R. SUMAHIT,

    Plaintiff,               No. CIV S-03-2605 FCD KJM P

   vs.

CLAY PARKER, et al.,

    Defendants.          ORDER

_____/

      Plaintiff has requested an extension of time to file and serve an opposition to defendants' March 14, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's April 10, 2006 application for an extension of time is granted; and

      2. Plaintiff shall file and serve an opposition to defendants' March 14, 2006 motion to dismiss on or before May 20, 2006. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: April 19, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp suma2605.36