IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK R. SUMAHIT,

      Plaintiff,                       No. CIV S-03-2605 FCD KJM P

    vs.

CLAY PARKER, et al.,

      Defendants.               ORDER

_____/

        Plaintiff has requested an extension of time to file and serve objections to the January 30, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 28, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted ten days from the date of this order in which to file and serve objections to the January 30, 2007 findings and recommendations.

DATED: March 15, 2007.

                                                            _____
                                                            U.S. MAGISTRATE JUDGE

/mp
suma2605.36