IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK R. SUMAHIT,

        Plaintiff,                      No. CIV S-03-2605 FCD KJM P

        vs.

CLAY PARKER, et al.,

        Defendants.              <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 30, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed January 30, 2007, are adopted in full; and

2. The motion to dismiss is granted as to defendant Board of Supervisors and denied as unnecessary as to the double jeopardy and ex post facto claims. Plaintiff is given leave to file an amended complaint.

DATED: March 29, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2