IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK R. SUMAHIT,

        Plaintiff,                      No. CIV S-03-2605 FCD KJM P

    vs.

CLAY PARKER, et al.,

        Defendants.               ORDER

_____/

        Plaintiff has requested the appointment of counsel for his interlocutory appeal. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's April 20, 2007 request for the appointment of counsel will therefore be denied.

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's April 20, 2007 request
2 for the appointment of counsel is denied.
3 DATED: May 11, 2007.

                                            U.S. MAGISTRATE JUDGE

/mp
suma2605.31