IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK R. SUMAHIT,

      Plaintiff,                    No. CIV S-03-2605 FCD KJM P

   vs.

CLAY PARKER, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file and serve objections to the February 15, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's request for an extension of time (docket no. 60) is granted; and

      2. Plaintiff is granted forty days from the date of this order in which to file and serve objections to the February 15, 2008 findings and recommendations.

DATED: March 28, 2008.

                                              _____
                                              U.S. MAGISTRATE JUDGE

/mp
suma2605.36