1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10  FRANK R. SUMAHIT,

11             Plaintiff,                       No. CIV S-03-2605 FCD KJM P

12       vs.

13  CLAY PARKER, et al.,

14             Defendants.                      ORDER
15  _____/

16           Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17  seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18  Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19           On February 15, 2008, the magistrate judge filed findings and recommendations

20  herein which were served on all parties and which contained notice to all parties that any

21  objections to the findings and recommendations were to be filed within twenty days.  Plaintiff

22  has filed objections to the findings and recommendations.

23           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24  304, this court has conducted a de novo review of this case.  Having carefully reviewed the

25  entire file, the court finds the findings and recommendations to be supported by the record and

26  by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 15, 2008, are adopted in full;

2. Defendant's motion to dismiss (Docket No. 54) is granted as follows:

   A. Any claims arising from plaintiff's 1996 and 1998 detentions in Tehama County Jail are deemed barred;

   B. Plaintiff's first three causes of action-those labeled substantive due process, Fourteenth Amendment and due process-are deemed duplicative and treated as one cause of action; and

   C. Plaintiff's Fifth Amendment claim is dismissed.

3. Defendant's motion to dismiss (Docket No. 54) is denied on all other grounds.

4. Defendant is directed to file an answer to the second amended complaint within thirty days from the date of this order.

DATED: May 9, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2