IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK ROMAS SUMAHIT,

    Plaintiff,                    No. CIV S-03-2605 FCD KJM P

    vs.

CLAY PARKER, et al.,

    Defendants.                ORDER

_____/

        Plaintiff has requested an extension of time to file a response to defendant's December 5, 2008 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 7, 2009 request for an extension of time (Docket No. 74) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve a response to defendant's December 5, 2008 motion for summary judgment.

DATED: January 14, 2009.

                                                           U.S. MAGISTRATE JUDGE

/md
suma2605.36(2)