IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK R. SUMAHIT,

       Plaintiff,                   No. CIV S-03-2605 FCD KJM P

   vs.

CLAY PARKER, et al.,

       Defendants.           <u>ORDER</u>

/

        In light of the pending motion for summary judgment, the dates for filing pretrial statements and trial are vacated, to be reset if necessary following resolution of the motion.

        IT IS SO ORDERED.

DATED: April 10, 2009.

                                                  U.S. MAGISTRATE JUDGE