IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK R. SUMAHIT,

      Plaintiff,                          No. CIV S-03-2605 FCD KJM P

   vs.

CLAY PARKER, et al.,

      Defendants.            ORDER

/

This matter is set for trial on February 8, 2011 at 9:00 a.m. in Courtroom Two, before the Honorable Frank C. Damrell.

Plaintiff's pretrial statement is due no later than September 17, 2010; defendants' pretrial statement is due fourteen days after the filing of plaintiff's pretrial statement. Pretrial conference on the papers only will be held on October 29, 2010.

IT IS SO ORDERED.

DATED: August 27, 2010.

                                                 _____
                                                 U.S. MAGISTRATE JUDGE

2
suma2605.tr