# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

FRANK ROMAS SUMAHIT,

        Plaintiff,                    No. CIV S-03-2605 KJM EFB P

  vs.

CLAY PARKER, et al.,

        Defendants.       **ORDER & WRIT OF HABEAS CORPUS**
                                    /        **AD TESTIFICANDUM**

      Frank Romas Sumahit, civil detainee # 048785, a necessary and material witness in a mediation in this case on February 2, 2011, is confined in Coalinga State Hospital, 24511 West Jayne Avenue, Coalinga, California 93210, in the custody of the Director; in order to secure this detainee's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the detainee before Mediator Joe Ramsey, at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #3 on February 2, 2011 at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Director to produce the detainee named above to participate in a mediation at the time and place above, until completion of the mediation; and

      2. The custodian is ordered to notify the court of any change in custody of this detainee and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Director, Coalinga State Hospital, P. O. Box 5000, Coalinga, California 93210:**

      **WE COMMAND** you to produce the detainee named above to testify before Joe Ramsey, at the time and place above, until completion of the mediation.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the detainee and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 25, 2011.

                                          /s/ KIMBERLY J. MUELLER
                                          KIMBERLY J. MUELLER
                                          U.S. District Judge

suma2605.841