# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

FRANK ROMAS SUMAHIT,

        Plaintiff,                    No. CIV S-03-2605 KJM EFB P

vs.

CLAY PARKER, et al.,

        Defendants.          **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Frank Romas Sumahit, civil detainee # 048785, a necessary and material witness in a mediation in this case on February 2, 2011, is confined in Coalinga State Hospital, 24511 West Jayne Avenue, Coalinga, California 93210, in the custody of the Director; in order to secure this detainee's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the detainee before Mediator Joe Ramsey, by video conference from Coalinga State Hospital, to the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #3 on February 2, 2011 at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. This shall amend the writ issued January 25, 2011; and

        2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Director to produce the detainee named above, by video conference from Coalinga State Hospital, to participate in a mediation at the time and place above, until completion of the mediation; and

        3. The custodian is ordered to notify the court of any change in custody of this detainee and is ordered to provide the new custodian with a copy of this writ.

        4. The Clerk of the Court is directed to serve a copy of this Amended Order and Writ of Habeas Corpus ad Testificandum on the Litigation Coordinator at Coalinga State Hospital via fax at (559) 935-4308.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Director, Coalinga State Hospital, P. O. Box 5000, Coalinga, California 93210:**

        **WE COMMAND** you to produce the detainee named above to testify, by video conference, before Joe Ramsey, at the time and place above, until completion of the mediation.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the detainee and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 28, 2011.

*[Signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE