IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK ROMAS SUMAHIT,

     Plaintiff,                         No. CIV S-03-2605 KJM EFB P

    vs.

CLAY PARKER, et al.,

     Defendants.                <u>ORDER</u>

         This case is set for mediation on February 2, 2011, at 9:00 a.m. before Joe Ramsey, in Courtroom #3, U.S. District Court, 501 I Street, Sacramento, California 95814.

         Plaintiff shall attend in person, along with defendants' lead counsel and a person with full and unlimited authority to negotiate and enter into a binding settlement on defendants' behalf.  Those in attendance must be prepared to discuss the claims, defenses and damages.  The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions.  Sanctions will include, but will not be limited to, attorney's fees and travel costs of the other parties and/or the mediator.  In addition, the conference will not proceed and will be reset to another date.   A writ of habeas corpus ad testificandum to ensure plaintiff's presence will issue concurrently with this order.

/////

The trial date of February 8, 2011 is vacated, to be reset if necessary, following mediation.

IT IS SO ORDERED.

DATED: January 25, 2011.

/s/ KIMBERLY J. MUELLER
KIMBERLY J. MULLER
U.S. District Judge

2
suma2605.ord