IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK ROSAS SUMAHIT,

      Plaintiff,                             Civ. No. S 03-2605 KJM EFB P

    vs.

CLAY PARKER,

      Defendant.

           The court has received notice that the parties have not settled this case. Therefore, the court sets the following schedule:

           1. Motions in limine are due no later than August 17, 2011; opposition by August 24, 2011; and any reply by August 31, 2011.

           2. A hearing on the motions in limine and trial confirmation hearing will be held September 14, 2011 at 11:00 a.m. The parties should exchange their exhibits at that time.

           3. Jury trial will begin on October 31, 2011 at 9:00 a.m.

           IT IS SO ORDERED.

DATED: August 2, 2011.

_____
UNITED STATES DISTRICT JUDGE

1