UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRANK ROSAS SUMAHIT,

       Plaintiff,                  No. CIV S-03-2605 KJM CKD P

vs.

CLAY PARKER,

       Defendants.         **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

       Frank Rosas Sumahit, inmate # 048785, a necessary and material witness in proceedings in this case on September 14, 2011, is confined in Coalinga State Hospital, 24511 West Jayne Avenue, Coalinga, California, 93210-5000, in the custody of the Director; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kimberly J. Mueller, to appear by video-conferencing at Coalinga State Hospital, September 14, 2011, at 11:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1. The Order and Writ of Habeas Corpus as Testificandum (Docket No. 116) is hereby vacated;

       2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Director, Coalinga State Hospital, 24511 West Jayne Avenue, Coalinga, California, 93210-5000:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: August 22, 2011

                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE